AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

In Re LLS AMERICA, LLC,              Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-
appointed Chapter 11 Trustee for LLS America, LLC,


                                  Plaintiff,          **JUDGMENT IN A CIVIL CASE**
                        v.

DARRELL CRULL and DIANA CRULL,
                                                     CASE NUMBER: CV-12-446-RMP
                              Defendants.


☐   **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒   **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that per Stipulation of the parties, Plaintifff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims pled against Defendants Darrell Crull and Diana Crull are dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.


March 25, 2013                                 SEAN F. McAVOY
*Date*                                         *Clerk*
                                               s/ Linda Emerson
                                               *(By) Deputy Clerk*
                                               Linda Emerson